COMMERCIAL STANDARD INSURANCE COMPANY, a Corporation, Appellant, v. Paul P. GORZIK, Thomas G. Gorzik, and Michael J. Gorzik, a Partnership, Doing Business as Central Steel Company, and Carl C. Collins.

No. 13456.

Circuit Court of Appeals, Eighth Circuit.

March 4, 1947.

Cowgill & Popham and Sam Mandell, all of Kansas City, Mo., for appellant.

George H. Charno, Clif Langsdale, and Clyde Taylor, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

Philip B. FLEMING, Temporary Controls Administrator, Appellant, v. CONGRESS RESTAURANT COMPANY, a Corporation, etc.

No. 13508.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1947.

David London and Leonard M. Cox, both of Washington, D. C., and James D. Dockery, of St. Louis, Mo., for appellant.

Robert M. Murray, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Philip B. FLEMING, Administrator, Office of. Temporary Controls, v. Frank SMITH, Doing Business as Frank Smith Motor Company.

No. 3382.

Circuit Court of Appeals, Tenth Circuit.

March 24, 1947.

David London and Albert M. Dreyer, both of Washington, D. C., Leonard M. Cox, of Dallas, Tex., and James B. Nash, Lawrence J. Wetzel, and E. E. Sattgast, all of Wichita, Kan., for appellant.

Owen S. Samuel, of Emporia, Kan., and Edward Rooney, of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

Reuben Roy ROTHSTEIN, Appellant, v. Wm. H. HIATT, Warden, United States Penitentiary, Lewisburg, Pa.

No. 9347.

Circuit Court of Appeals, Third Circuit.

Submitted April 8, 1947.

Decided April 18, 1947.

See also, D.C., 70 F.Supp. 867.

Reuben Roy Rothstein, of Lewisburg, Pa., for appellant.

Arthur A. Maguire, U. S. Atty., of Scranton, Pa., for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 68 F.Supp. 738, is affirmed.